UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON MCQUITTY,

    Plaintiff,

v.                               CASE No. 13-10659-DT

SAVITHRI KAKANI, P.A.,
JANET CAMPBELL AND BETH FRITZ,

    Defendants.

_____/

## JUDGMENT

In accordance with the "Order Adopting Magistrate Judge's Report and Recommendation to Dismiss" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Aaron McQuitty  Dated at Detroit, Michigan, this 11th day February 2014.

                                        DAVID J. WEAVER
                                        CLERK OF COURT

                                        BY:<u>s/Lisa Wagner</u>
                                        Lisa Wagner Case  Manager to
                                        Judge Robert H. Cleland

.